**Order entered October 13, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00512-CR

**HILARIO SANTIAGO-BATISTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82818-2016**

## ORDER

We **REINSTATE** this appeal.

When appellant's brief was not filed, we abated for a hearing in the trial court. On October 10, 2017, the trial court's findings and recommendations were filed. We **ADOPT** the trial court's findings that (1) appellant wishes to pursue this appeal, (2) appellate counsel has been diligent in all other matters but confused this case with another and believed the record had not yet been filed, and (3) counsel will prepare and file a brief within fourteen days.

We **ORDER** appellant's brief filed within **FOURTEEN DAYS** of the date of this order.

/s/     LANA MYERS
JUSTICE